**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**JORGE LINARES,**

**Plaintiff,** **9:05-CV-625 (GLS/RFT)**

**v.**

**DAVID MAHUNIK, JOHN BURGE, and KENNETH McLAUGHLIN,**

**Defendants.**

---

**APPEARANCES:** **OF COUNSEL:**

**FOR THE PLAINTIFF:**

JORGE LINARES
Plaintiff, *Pro Se*
96-A-3483
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953

**FOR THE DEFENDANTS:**

HON. ELIOT J. SPITZER
New York Attorney General
The Capitol
Albany, New York 12224

MARIA MORAN
Assistant Attorney General

**Gary L. Sharpe**
**U.S. District Judge**

**ORDER**

The above-captioned matter comes before this court following a Report-Recommendation issued by Magistrate Judge Randolf F. Treece on August 10, 2006. Despite the passage of ten days, no objections have been filed. Having reviewed the Report-Recommendation for clear error, *see Almonte v. N.Y. State Div. of Parole*, 9:04-CV-484, 2006 WL 149049 (N.D.N.Y. Jan. 18, 2006), and finding none, the court adopts Judge Treece's Report-Recommendation in its entirety.

**WHEREFORE**, it is hereby

**ORDERED**, that the Report-Recommendation filed on August 10, 2006 is **ACCEPTED** in its entirety for the reasons stated therein, and it is further

**ORDERED**, that defendants' motion to dismiss (**Dkt. No. 22**) is **GRANTED IN PART AND DENIED IN PART**, and it is further

**ORDERED**, that defendants' motion to dismiss based on all the claims against the defendants in their official capacities is **GRANTED**, and it is further

**ORDERED**, that defendants' motion to dismiss based on plaintiff's

First Amendment free exercise of religion claim is **GRANTED**, and it is further

**ORDERED**, that defendants' motion to dismiss based on plaintiff's First Amendment access to the law library claim is **GRANTED**, and it is further

**ORDERED**, that defendants' motion to dismiss based on plaintiff's First Amendment retaliation claim against Defendant Mahunik is **DENIED**, and it is further

**ORDERED**, that defendants' motion to dismiss based on plaintiff's supervisory liability claim for retaliation against Defendant Burge is **DENIED**, and it is further

**ORDERED**, that defendants' motion to dismiss based on plaintiff's failure to investigate claim against Defendant McLaughlin is **GRANTED**, and it is further

**ORDERED**, that defendants Mahunik and Burge submit answers to the Amended Complaint within twenty (20) days of the filing of this order, and it is further

**ORDERED**, that the Clerk of the Court provide a copy of this Order to the parties by regular mail.

September 11, 2006
Albany, New York

United States District Court Judge